IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| COLBY BRYANT FLOWERS, #2395029 | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22cv424 |
| GARY YOUNG, ET AL. | § | |

## ORDER OF DISMISSAL

This case was referred to United States Magistrate Aileen Goldman Durrett, who issued a Report and Recommendation (Dkt. #12) concluding that Plaintiff's lawsuit should be dismissed without prejudice for want of prosecution. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections having been timely filed, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice. All motions by either party not previously ruled on are hereby **DENIED**.

**IT IS SO ORDERED.**

SIGNED this 13th day of January, 2025.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE